| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGGORY H.,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CASE NO. 2:18-CV-01448-JCC-DWC

REPORT AND RECOMMENDATION

Noting Date: March 26, 2019

The District Court has referred this action, filed pursuant to 42 U.S.C. § 405(g), to United States Magistrate Judge David W. Christel. Presently before the Court is Defendant's Stipulated Motion for Remand. Dkt. 13. After reviewing Defendant's Stipulated Motion and the relevant record, the Court recommends the following:

Defendant's Motion be granted, and the case be reversed and remanded for a *de novo* hearing and further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

On remand, the Court recommends the Administrative Law Judge:

- Re-evaluate the lay witness statements;
- Re-evaluate limitations resulting from the claimant's headaches;

REPORT AND RECOMMENDATION - 1

- As necessary, re-evaluate the claimant's symptom testimony and residual functional capacity; and
- Continue the sequential evaluation process, obtaining vocational expert testimony as warranted.

The parties agree Plaintiff is entitled to reasonable attorney fees, expenses, and costs under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 and 1920, upon proper request to the Court.

Given the facts and the parties' stipulation, the Court recommends the District Judge immediately adopt this Report and Recommendation.

Dated this 26th day of March, 2019.

*[signature]*

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2