THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGGORY HENDRICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CASE NO. C18-1448-JCC<br><br>ORDER |

The Court, having reviewed Defendant's Stipulated Motion for Remand, the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) the Stipulated Motion for Remand is GRANTED; and

(3) the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings consistent with the Report and Recommendation.

DATED this 1st day of April 2019.

*John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE