THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGGORY HENDRICKS, | CASE NO. C18-1448-JCC |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 17). Plaintiff was the prevailing party on appeal of an agency action and is therefore entitled to an award of attorney fees. (*See* Dkt. Nos. 15, 16.) Accordingly, the Court GRANTS Plaintiff's motion (Dkt. No. 17). Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS attorney fees in the amount of $2,374.08. (*See* Dkt. Nos. 17-2, 17-3.)

Subject to any offset allowed under the Department of Treasury Offset Program, payment of this award shall be made payable to Plaintiff's attorney Amy Gilbrough, based upon Plaintiff's assignment of these amounts to counsel. Whether the check is made payable to Plaintiff or counsel, the check shall be mailed to Amy Gilbrough at the following address: Douglas Drachler McKee & Gilbrough, 1904 Third Avenue, Seattle, WA 98101.

//

ORDER
C18-1448-JCC
PAGE - 1

DATED this 28th day of June 2019.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-1448-JCC
PAGE - 2