THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGGORY HENDRICKS, | CASE NO. C18-1448-JCC |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees (Dkt. No. 19), which the Court GRANTS for the reasons described below.

Pursuant to 42 U.S.C. § 406(b), when a court renders a judgement favorable to a claimant under 42 U.S.C. §§ 401 *et seq.*, the representing attorney may be awarded a reasonable fee as part of the court's judgement. This requirement has been met here. (*See* Dkt. No. 20 at 1–3.) Accordingly, it is ORDERED that Plaintiff's attorney, Amy Gilbrough, be awarded a gross attorney fee of $15,000, reduced by the Equal Access to Justice Act fees of $2,374.08 previously awarded, leaving a net fee of $12,625.92. This fee is to be paid out of Plaintiff's past-due benefits in accordance with agency policy.

//

//

//

ORDER
C18-1448-JCC
PAGE - 1

DATED this 1st day of July 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-1448-JCC
PAGE - 2